**WO**

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Keith Monchamp, ) | CV 04-299  TUC DCB |
| Petitioner, ) | |
| v. ) | **ORDER** |
| Frank Hughes, ) | |
| Respondent. ) | |

A review of the docket reveals that there has not been any activity in this case since September 22, 2004. Indeed, Respondent has not even been served.

Accordingly,

**IT IS ORDERED** that this matter is **DISMISSED with prejudice** for failure to prosecute, pursuant to Rule 41(b), Fed.R.Civ.P.

**IT IS FURTHER ORDERED** that the Clerk of Court enter the appropriate judgment and close this case.

DATED this 25th day of October, 2005.

David C. Bury
United States District Judge